# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MANSELL ROY WILLIAMS,

    Plaintiff(s),

v.

KROGER, et al.,

    Defendant(s).

Case No.: 2:18-cv-00579-APG-NJK

**ORDER**

Pending before the Court is the parties' joint interim status report. Docket No. 45. In violation of the local rules, the status report does not include the required certifications. *See* Local Rule 26-3. An amended status report shall be filed by December 26, 2018. In addition, this case has been plagued by violations of the local rules. *See* Docket Nos. 3, 6, 11, 13, 19, 38, 42. "[W]e expect an attorney practicing law in federal court to become familiar with and follow rules applicable to practice in this court." *Dela Rosa v. Scottsdale Memorial Health Sys., Inc.*, 136 F.3d 1241, 1244 (9th Cir. 1998). All counsel of record shall immediately familiarize themselves with the local rules governing practice in this District, as most recently amended on August 1, 2017. **Future violations may result in the imposition of sanctions.**

IT IS SO ORDERED.

Dated: December 18, 2018

                                                      Nancy J. Koppe
                                                      United States Magistrate Judge